IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-01928-WYD-BNB

RAUL CARTAGENA, and
DIOSIS ROMERO,

    Plaintiffs,

v.

MEDICREDIT, INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss Pursuant to Settlement (ECF No. 12).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation to Dismiss Pursuant to Settlement (ECF No. 12) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**.

Dated:   November 15, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        UNITED STATES SENIOR DISTRICT JUDGE